## AFFIDAVIT

I, Daniel Kicker, being duly sworn, depose and say:

## INTRODUCTION

1. Your affiant has been a Special Agent with Homeland Security Investigations (HSI) since 2018 and is currently assigned to the HSI Douglas, Arizona Office.

2. Your Affiant is an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I routinely investigate violations of Titles 21, 19, 18, and 8 of the U.S.C., as well as various other federal law violations. Working with other federal, state, local and foreign law enforcement and civilian agencies has become an integral part of my daily operations.

3. Your Affiant has been working as an HSI Special Agent (SA) since November of 2018, and has primarily investigated human smuggling crimes, financial fraud, money laundering, and controlled substances smuggling crimes.

4. Prior to employment with HSI, your Affiant was employed by the United States Border Patrol as a Border Patrol Agent for over seven years.

5. In 2004, your Affiant graduated from Utah State University and possesses a bachelor's degree in Finance and Economics. In 2005, your Affiant received a Master of Business Administration from Missouri State University.

6. As part of your Affiant's employment with HSI, your Affiant completed the Criminal Investigator Training Program, which is a 12-week training program for federal criminal investigators held at the Federal Law Enforcement Training Center in Glynco, Georgia. Additionally, your Affiant attended Homeland Security Investigations Special Agent Training, which is an additional 16 weeks of training. During both of these courses, instruction was given on investigative techniques, federal immigration laws, federal

controlled substances laws, types of controlled substances, money laundering investigations, bulk cash smuggling, identity fraud investigations, financial fraud investigations, and electronic and physical surveillance techniques. Your Affiant has also completed the United States Border Patrol Academy in Artesia, New Mexico in 2011. This academy consists of 20 weeks of training in federal immigration law, nationality law, applied authority, controlled substances, and constitutional law.

7. Your affiant was previously the case agent on the case in which this seizure was documented. The seizure of $20,400 in U.S. currency (hereinafter "Currency") and one black 2017 Chevrolet Cheyenne, VIN:3GCUK9EJ5HG319922 (hereinafter "Vehicle"), which were seized from Maria Jesus Verdugo Borbon, and constitutes property involved in a violation of Title 31, United States Code, Section 5332(a), or a conspiracy to commit such violation or is property traceable to such violation or conspiracy. The Currency and Vehicle also constitute property involved in a transaction or attempted transaction in violation of Title 18, United States Code, Section 1956(a)(2).

8. The facts contained in this affidavit are based upon information of my own personal knowledge, observations, and facts relayed to me by HSI Special Agents, United States Customs and Border Patrol (CBP) Officers, and other law enforcement personnel involved in this investigation.

9. There is probable cause to believe that the Currency and Vehicle, bearing Sonora, Mexico license plate number VE-86295, were involved in violations of Title 31, United States Code, Section 5332(a) and Title 18, United States Code, Section 1956(a)(2), and are therefore forfeitable pursuant to Title 31, United States Code, Section 5332(c) and Title 18, United States Code, Section 981(a)(1)(A).

## FACTS

10. On June 12th, 2022 at approximately 1415 hours, Maria VERDUGO-Borbon (hereinafter "VERDUGO-Borbon") attempted to make entry into the United States through

2

the Raul H. Castro Port of Entry in Douglas, Arizona. VERDUGO-Borbon was driving a black 2017 Chevrolet Cheyenne, bearing Sonora, Mexico license plate number VE-86295.

11. At primary inspection, when Customs and Border Protection Officer ("CBPO") Tanguma asked about VERDUGO-Borbon's travel itinerary, VERDUGO-Borbon stated that she was going to a storage unit where her boyfriend stores merchandise for his business, then to a Wells Fargo bank, and then to a Walmart all located in Douglas, Arizona. CBPO Tanguma then asked VERDUGO-Borbon if she had a customs declaration to include a declaration for monetary instruments over $10,000, which VERDUGO-Borbon replied that she only had $2,000 in U.S. currency to declare in her possession.

12. After clearing primary inspection, VERDUGO-Borbon was selected for secondary inspection. During the secondary inspection, CBPO Rivera asked VERDUGO-Borbon for a customs declaration. VERDUGO-Borbon gave a negative declaration to all CBPO Rivera's questions and declared only having 20,000 in Mexican Pesos. VERDUGO-Borbon again stated that she was going to a storage unit where her boyfriend stores auto parts for his business, then to a Wells Fargo bank, and then to a Walmart, all of which are in Douglas, Arizona.

13. During the secondary inspection, a narcotics canine alerted to the center console of the vehicle. During further inspection, CBPO Rivera discovered a manila colored envelop in the center console containing a large amount of U.S. currency banded with denominations and separated. The total amount of the U.S. currency found was $20,400.

14. Department of Homeland Security Investigation Special Agents ("HSI SA") Dylan Wall and Task Force Officer ("TFO") Ricardo Ramirez conducted an interview with VERDUGO-Borbon. In the interview, VERDUGO-Borbon stated that the undeclared currency was given to her by her boyfriend Jesus Ramses MORENO-Echevarria (hereinafter "MORENO-Echevarria"). According to VERDUGO-Borbon, MORENO-Echevarria told VERDUGO-Borbon to take the currency and place it in a storage unit in Douglas, Arizona. VERDUGO-Borbon stated she knew that the currency was from illicit

proceeds and stated that her boyfriend works for "El Brochas," who has been identified as a known human smuggling coordinator. Based on this information U.S. Customs and Border Protection Agents seized the currency and vehicle.

15. VERDUGO-Borbon stated, approximately two weeks prior this event, she transported approximately $9,000 in U.S. currency. On June 07, 2022, VERDUGO-Borbon stated that she transported and an additional $17,000 in U.S. currency. VERDUGO-Borbon stated all the U.S. currency was illicit proceeds from human smuggling and belonged to "El Brochas." VERDUGO-Borbon stated she knew it was illegal to transport undeclared currency over $10,000 in U.S. currency through the port of entry. VERDUGO-Borbon stated she would take the money to a storage unit in Douglas, Arizona and would hide it inside an auto parts box. VERDUGO-Borbon believed it was later picked up by unknown individuals. VERDUGO-Borbon gave written consent for the HSI SAs to examine her cellular phone, which contained videos and pictures of her hiding stacks of bulk U.S. currency inside an auto parts box and leaving it inside the storage unit for others to pick up.

16. On June 10, 2022, VERDUGO-Borbon stated that she went to the storage unit and there was still money inside the auto parts box. During the interview, VERDUGO-Borbon stated that she believed that there was still money in the storage unit. VERDUGO-Borbon stated the storage unit was rented by her boyfriend MORENO-Echevarria. VERDUGO-Borbon stated that she possessed a key and had access to the storage unit. VERDUGO-Borbon stated she suspected that several unknown individuals who worked for "El Brochas" would also have a key and pick up the money after VERDUGO-Borbon placed the money in the storage unit. VERDUGO-Borbon gave consent to HSI SAs to enter the storage unit with her key.

17. On June 13, 2022, MORENO-Echeveria came to the Raul H. Castro Port of Entry in Douglas, Arizona and requested to speak with HSI SAs. HSI SAs Wall, Kicker, and TFO Ramirez interviewed MORENO-Echeveria regarding his claim. MORENO-

Echeveria explained to the HSI SAs that he owns an automotive shop in Cananea, Sonora, Mexico, which specializes in off-road vehicles. MORENO-Echeveria explained that VERDUGO-Borbon is his girlfriend and that she travels into the United States to buy and pickup custom parts for his shop because he does not have a visitor's Visa to travel himself. MORENO-Echeveria stated he believed the seizure of the currency from VERDUGO-Borbon was a misunderstanding and claimed the money belonged to him and was going to be deposited into his bank account in the United States to be used to purchase auto parts.

18. HSI SAs then advised MORENO-Echeveria that VERDUGO-Borbon told them the seized currency belonged to "El Brochas" a known human smuggler, and that the money was being used for human smuggling purposes. MORENO-Echeveria then admitted to SAs that the money did not belong to him, and that it belonged to his "clients" but would not immediately identify who his clients were because they were "dangerous people." MORENO-Echeveria later stated that the money belonged to "Chuki," another known human smuggler, but stated the money was to be used for "Chuki's" Maverick X3 off-road vehicle. MORENO-Echeveria later admitted that $8,000 in U.S. currency of the seized currency belonged to "El Brochas," but attempted to maintain that the money was for vehicle repairs. MORENO-Echeveria also later admitted that he knew "Chuki" and "El Brochas" were known human smugglers in Cananea, Sonora, Mexico.

19. MORENO-Echeveria stated several times throughout the interview that "they" would use the storage unit to keep money there, when he could not put all of it in his Wells Fargo bank account. When HSI SAs asked who "they" are, MORENO-Echeveria would correct himself and state that he meant his girlfriend, VERDUGO-Borbon.

20. Due to the seizure, MORENO-Echeveria stated that he did not care about losing his truck but was fearful of the money that he now owed to "Chuki" and "El Brochas" and how he was going to pay them back. MORENO-Echeveria continued to maintain that while the money did belong to "Chuki" and "El Brochas," the money was for auto parts to fix their off-road vehicles and that MORENO-Echeveria was not transporting the money for human

smuggling or other illegal purposes. MORENO-Echeveria was not able to provide any proof that the money was going to be used for legitimate purchases.

21. MORENO-Echeveria stated that his cell phone contained WhatsApp messages which would prove that the money was being used for auto parts; however, MORENO-Echeveria stated he was afraid to bring his phone, so he left it in Agua Prieta, Sonora Mexico because of all the numbers of "bad people" and "cartel" numbers saved in his phone. MORENO-Echeveria stated he is the only person the "cartels" trust to fix their side-by-side offroad vehicles and stated that he has made hidden compartments in vehicles in the past. HSI SAs provided their contact information to MORENO-Echeveria so that he could contact HSI SAs to provide the messages, which would prove the legitimacy of the currency; however, HSI SAs were never contacted after the interview.

## CONCLUSION

22. Based on information contained in this affidavit, I believe there is probable cause that the $20,400 in U.S. currency and the one black 2017 Chevrolet Cheyenne, VIN:3GCUK9EJ5HG319922, were involved in violations of Title 31, United States Code, Section 5332(a) and Title 18, United States Code, Section 1956(a)(2), and are therefore forfeitable pursuant to Title 31, United States Code, Section 5332(c) and Title 18, United States Code, Section 981(a)(1)(A).

Further your affiant sayeth not.

_____
Daniel Kicker
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on this 2nd day of February, 2023.

_____
Notary Public

JAY WILBER
Notary Public - State of Arizona
PIMA COUNTY
Commission # 562169
Expires March 31, 2023